IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMPSON TRADING COMPANY,<br><br>    Plaintiff,<br><br>  vs.<br><br>AAA COOPER TRANSPORTATION; ARKANSAS BEST CORPORATION; ABF FREIGHT SYSTEMS, INC.; AVERITT EXPRESS, INC.; CON-WAY FREIGHT, INC.; ESTES EXPRESS LINES, INC.; FEDEX CORPORATION; FEDEX FREIGHT CORPORATION; FEDEX NATIOANL LTL, INC.; JEVIC TRANSPORTATION, INC.; OLD DOMINION FREIGHT LINE, INC.; OVERNITE CORPORATION; ROADWAY EXPRESS, INC.; R+L CARRIERS, INC.; SAIA, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHEASTERN FREIGHT LINES, INC.; SUN CAPITAL PARTNERS IV, LLC; UNITED PARCEL SERVICE, INC.; WATKINS MOTOR LINES; YELLOW TRANSPORTATION, INC.; YRC REGIONAL TRANSPORTATION, INC.; and YRC WORLDWIDE, INC.,<br><br>    Defendants. | Civil Action No. 1:07-cv-01885-RBW<br><br>**JOINT MOTION AND STIPULATION REGARDING RESPONSE TO COMPLAINT PENDING DECISION ON MDL MOTION** |

    Plaintiff and Defendants, by and through their counsel of record, hereby submit this Joint Motion and Stipulation Regarding Response To Complaint Pending Decision on MDL Motion.

    WHEREAS Plaintiff filed a Complaint in the above-captioned case on or about October 18, 2007;

    WHEREAS Plaintiff alleges price fixing of fuel surcharges for less-than truckload truck shipments;

SF1 1475819v.1

2

WHEREAS other plaintiffs have filed at least forty other complaints in federal district courts around the country based on the same or similar allegations and naming some or all of the same defendants (collectively "the LTL Shipping Services Antitrust Cases");

WHEREAS numerous motions have been filed before the Judicial Panel on Multidistrict Litigation ("JPML") for the purpose of consolidating for pretrial purposes all of the LTL Shipping Services Antitrust Cases ("MDL No. 1895") in one district court pursuant to 28 U.S.C. § 1407;

WHEREAS the JPML will conduct a hearing on November 29, 2007 in MDL No. 1895 to determine whether and where the cases will be consolidated;

WHEREAS the parties anticipate that the cases will be transferred to a single federal district court and consolidated, and there will be a consolidated amended complaint;

WHEREAS the parties have agreed that an orderly schedule for any response to the pleadings, allowing for the transfer and consolidation of cases, would be more efficient for the parties and for the Court;

WHEREAS Plaintiff agrees that the deadline for Defendants to respond to the Complaint should be extended until the earlier of the following three dates: (1) forty-five days after the filing in the MDL transferee court of a Consolidated Amended Complaint in the LTL Shipping Services Antitrust Cases; (2) forty-five days after Plaintiffs provide written notice to Defendants that they do not intend to file a Consolidated Amended Complaint, provided that such notice may be given only at or after the initial case management conference in the MDL transferee court; or (3) such other date as set by the MDL transferee court;

WHEREAS Defendants agree that the defense counsel identified below will accept service on behalf of their clients of all complaints in this matter, including any amended or consolidated complaints, and that such Defendants shall not contest the sufficiency of process or service of process; provided, however, that this Stipulation does not constitute a waiver of any other defense, including but not limited to the defense of lack of personal or subject matter jurisdiction, improper venue, or service of an improper entity;

2

WHEREAS Plaintiff and Defendants agree that notwithstanding the above paragraphs, should any Defendant to whom this extension applies respond to a complaint in another of the LTL Shipping Services Antitrust Cases prior to the date contemplated by this Stipulation, then such defendant shall make a simultaneous response to the complaint in the above-captioned matter and, should any Defendant respond or undertake to respond to discovery or otherwise engage in facilitation of case management in another of the LTL Shipping Services Antitrust Cases prior to the date contemplated by this Stipulation, then such Defendant shall engage in similar discovery or case management activity in this case.

THEREFORE, PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for the Defendants to respond to the Complaint shall be extended until the earlier of the following three dates: (1) forty-five days after the filing in the MDL transferee court of a Consolidated Amended Complaint in the LTL Shipping Services Antitrust Cases; (2) forty-five days after Plaintiffs provide written notice to Defendants that they do not intend to file a Consolidated Amended Complaint, provided that such notice may be given only at or after the initial case management conference in the MDL transferee court; or (3) such other date as set by the MDL transferee court.

2. The defense counsel identified below shall accept service on behalf of their clients of all complaints in this matter, including any amended or consolidated complaints, and such Defendants shall not contest the sufficiency of process or service of process; provided, however, that by entering into this Stipulation no Defendant waives any other defense, including but not limited to the defense of lack of personal or subject matter jurisdiction, improper venue, or service of an improper entity.

3. Plaintiff and Defendants agree that notwithstanding the above paragraphs, should any defendant to whom this extension applies respond to a complaint in another of the LTL Shipping Services Antitrust Cases prior to the date contemplated by this Stipulation, then such defendant shall make a simultaneous response to the Complaint in the above-captioned matter.

3

Plaintiffs and Defendants also agree that, should any Defendant respond or undertake to respond to discovery or otherwise engage in facilitation of case management in another of the LTL Shipping Services Antitrust Cases prior to the date contemplated by this Stipulation, then such Defendant shall engage in similar discovery or case management activity in this case.

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  November 8, 2007 | STEIN, MITCHELL & MEZINES, LLP |
| | David U. Fierst (D.C. Bar No. 912899)<br>1100 Connecticut Ave. N.W., Ste. 1100<br>Washington, D.C. 20036<br>Telephone:  (202) 737-7777<br>Facsimile:  (202) 296-8312 |
| | By: _____<br>      David U. Fierst |

| | |
|---|---|
| ODOM & DES ROCHES, LLP | GARWIN GERSTEIN & FISHER, LLP |
| John Gregory Odom<br>Stuart E. Des Roches<br>Poydras Center, Ste. 2020<br>New Orleans, LA  70130<br>Telephone:  (504) 522-0077<br>Facsimile:  (504) 522-0078 | Bruce E. Gerstein<br>Noah H. Silverman<br>1501 Broadway<br>New York, NY  10036<br>Telephone:  (212) 398-0555<br>Facsimile:  (212) 764-6620 |
| HANZMAN, CRIDEN & LOVE, P.A. | PERCY, SMITH, & FOOTE, LLP |
| Michael E. Criden<br>Kevin B. Love<br>7301 S.W. 57th Court, Ste. 515<br>South Miami, FL  33143<br>Telephone:  (305) 357-9010<br>Facsimile:  (305) 357-9050 | David P. Smith<br>W. Ross Foote<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA  71309-1632<br>Telephone: (318) 445-4480<br>Facsimile:  (318) 487-1741 |
| KOZYAK TROPIN & THROCKMORTON, P.A. | |
| Adam Moskowitz<br>Thomas A. Tucker Ronzetti<br>David Buckner<br>2525 Ponce de Leon Blvd, 9th Floor<br>Miami, FL  33131-2335<br>Telephone:  (305) 372-1800<br>Facsimile:  (305) 372-3508 | |

SF1 1475819v.1

| | |
|---|---|
| Dated: November 8, 2007 | SIDLEY AUSTIN LLP<br>Samuel R. Miller (D.C. Bar No. 285619)<br>555 California Street, Suite 2000<br>San Francisco, CA 94104-1715<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>Steven A. Ellis<br>Michelle B. Goodman<br>555 West Fifth Street<br>Los Angeles, CA 90013<br><br>By: _____/s/_____<br>　　　Samuel R. Miller<br><br>Attorneys for Defendants FedEx Corp., FedEx Freight, FedEx National LTL, Inc., and signing on behalf of Defendants AAA Cooper Transportation, Arkansas Best Corporation, ABF Freight Systems, Inc., Averitt Express, Inc., Con-Way Freight, Inc., Estes Express Lines, Inc., Jevic Transportation, Inc., Old Dominion Freight Line, Inc., Overnite Corporation, Roadway Express, Inc., R+L Carriers, Inc., SAIA, Inc., SAIA Motor Freight Line, LLC, Southeastern Freight Lines, Inc., Sun Capital Partners IV, LLC., United Parcel Service, Inc., Watkins Motor Lines, Yellow Transportation, Inc., YRC Regional Transportation, Inc., and YRC Worldwide, Inc. |
| MAYER BROWN LLP<br>Richard J. Favretto<br>1909 K Street, N.W.<br>Washington, D.C. 20006-1101<br><br>John Nadolenco<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br><br>Attorneys for Defendants Arkansas Best Corp. and ABF Freight Systems, Inc. | MILLER & MARTIN PLLC<br>G. Brian Jackson<br>1200 One Nashville Place<br>150 Fourth Avenue<br>Nashville, TN 37219<br><br>LATHAM & WATKINS LLP<br>Margaret M. Zwisler<br>Suite 1000<br>555 Eleventh Street, NW<br>Washington, DC 20004-1304<br><br>Charles H. Samel<br>Suite 4000<br>633 W. Fifth Street<br>Los Angeles, CA 90071<br><br>Attorneys for Defendant Averitt Express, Inc. |

5

| | |
|---|---|
| HOWREY LLP<br>Robert G. Abrams<br>Sean Boland<br>Stephen Weissman<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br><br>David G. Meyer<br>550 South Hope Street, Suite 1100<br>Los Angeles, CA 90071<br><br>Attorneys for Defendant YRC Worldwide, Inc., YRC Regional Transportation, Inc., Roadway Express, Inc., Yellow Transportation, Inc. | MORGAN, LEWIS, & BOCKIUS, LLP<br>William P. Quinn, Jr.<br>Mark P. Edwards<br>1701 Market Street<br>Philadelphia, PA 19103<br><br>Attorneys for Defendants Jevic Transportation, Inc. and Sun Capital Partners IV, LLC |
| HUNTON & WILLIAMS LLP<br>Thomas G. Slater, Jr.<br>951 East Byrd Street<br>Richmond, Virginia 23219-4074<br><br>Ray V. Hartwell, III<br>1900 K Street NW<br>Washington, DC 20006<br><br>Attorneys for Defendants AAA Cooper Transportation and Estes Express Lines | CLIFFORD CHANCE US LLP<br>Julia C. Symon<br>Leiv H. Blad<br>Boyd T. Cloern<br>2001 K St., N.W.<br>Washington, DC 20006<br><br>Attorneys for Defendant Old Dominion Freight Line, Inc. |
| BAKER, DONELSON, BEARMAN,<br>  CALDWELL & BERKOWITZ, PC<br>David B. Hall<br>1600 Wachovia Tower<br>420 North 20th Street<br>Birmingham, AL 35203<br><br>John G. Calender<br>Lincoln Square<br>555 Eleventh Street, N.W., Sixth Floor<br>Washington, D.C. 20004<br><br>Attorneys for Defendant R+L Carriers, Inc. | BRYAN CAVE LLP<br>W. Perry Brandt<br>One Kansas City Place<br>1200 Main Street, Suite 3500<br>Kansas City, MO 64105-2100<br><br>Attorneys for Defendants SAIA, Inc. and SAIA Motor Freight Line, LLC |

MORRISON & FOERSTER LLP
Paul T. Friedman
425 Market Street
San Francisco, CA  94105-2482

Gregory B. Koltun
555 W. Fifth Street, 35th Floor
Los Angeles, CA  90013

Attorneys for Defendants United Parcel Service, Inc. and Overnite Corporation

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
3161 Michelson Drive
Irvine, CA  92612-4412

Joel S. Sanders
One Montgomery Street, Suite 3100
San Francisco, CA  94104

Attorneys for Defendant Con-way Freight Inc.

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
John Nannes
1440 New York Avenue NW
Washington, DC 20005

Attorneys for Defendant Southeastern Freight Lines, Inc.

HOLLAND & KNIGHT
Jerome W. Hoffman
315 South Calhoun Street, Suite 600
Tallahassee FL 32301

Attorneys for Defendant Watkins Motor Lines

Plaintiffs and Defendants also agree that, should any Defendant respond or undertake to respond to discovery or otherwise engage in facilitation of case management in another of the LTL Shipping Services Antitrust Cases prior to the date contemplated by this Stipulation, then such Defendant shall engage in similar discovery or case management activity in this case.

IT IS SO STIPULATED.

Dated: November 8, 2007

STEIN, MITCHELL & MEZINES, LLP

David U. Fierst (D.C. Bar No. 912899)
1100 Connecticut Ave. N.W., Ste. 1100
Washington, D.C. 20036
Telephone: (202) 737-7777
Facsimile: (202) 296-8312

By: _____
David U. Fierst

ODOM & DES ROCHES, LLP

John Gregory Odom
Stuart E. Des Roches
Poydras Center, Ste. 2020
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078

HANZMAN, CRIDEN & LOVE, P.A.

Michael E. Criden
Kevin B. Love
7301 S.W. 57th Court, Ste. 515
South Miami, FL 33143
Telephone: (305) 357-9010
Facsimile: (305) 357-9050

KOZYAK TROPIN & THROCKMORTON, P.A.

Adam Moskowitz
Thomas A. Tucker Ronzetti
David Buckner
2525 Ponce de Leon Blvd, 9th Floor
Miami, FL 33131-2335
Telephone: (305) 372-1800

Facsimile: (305) 372-3508

GARWIN GERSTEIN & FISHER, LLP

Bruce E. Gerstein
Noah H. Silverman
1501 Broadway
New York, NY 10036
Telephone: (212) 398-0555
Facsimile: (212) 764-6620

PERCY, SMITH, & FOOTE, LLP

David P. Smith
W. Ross Foote
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309-1632
Telephone: (318) 445-4480
Facsimile: (318) 487-1741